# NO. 12-09-00066-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: MICHAEL KENNEDY,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Michael Kennedy has filed a petition for writ of mandamus seeking an order requiring the trial court to rule on Kennedy's motion to dismiss his appellate counsel.[1] He also seeks an order requiring the trial court to provide certain information relating to Kennedy's request to represent himself on appeal.

The issues Kennedy raises in this original proceeding relate to his appeal from a conviction for theft. He has raised similar issues in motions he filed in the appeal (appellate cause number 12-08-00246-CR, styled ***Michael Kennedy v. State of Texas***). We have remanded those motions to the trial court for disposition. Accordingly, Kennedy's petition for writ of mandamus is ***denied***.

Opinion delivered June 24, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)

---

[1] The respondent is the Honorable Mark A. Calhoon, Judge of the 3rd Judicial District Court, Anderson County, Texas.